UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-81061-CIV-CANNON/REINHART

ARLENE M. JOHNSON,

                Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
_____/

### REPORT AND RECOMMENDATION REGARDING DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REVERSAL AND REMAND (ECF No. 23)

Defendant moves to reverse the Commissioner's denial of benefits and remand the matter to the Administrative Law Judge to conduct further proceedings. ECF No. 23. Plaintiff does not object to the reversal and remand. ECF No. 23 at 2.

### RECOMMENDATION

I **RECOMMEND** that Defendant's Unopposed Motion for Entry of Judgment with Reversal and Remand be **GRANTED** (ECF No. 23), and that the Court reverse the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and order a remand for the Appeals Council to instruct the Administrative Law Judge to: (1) offer Plaintiff an opportunity for a new hearing; (2) further evaluate whether the severity of Plaintiff's impairments meets or equals a listed impairment at step three of the sequential evaluation process; (3) further evaluate the opinion evidence; (4) if

necessary, further evaluate the residual functional capacity finding; (5) obtain supplemental evidence from a vocational expert; and (6) issue a new decision.

Plaintiff's pending motion for summary judgment (ECF No. 20) should be **DENIED AS MOOT** and the Clerk of the Court should be ordered to close the case.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE AND SUBMITTED** in Chambers this 2nd day of May, 2023, at West Palm Beach in the Southern District of Florida.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE